Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANN BEAHM,<br><br>           Plaintiff,<br><br>v.<br><br>CITY OF BREMERTON, KITSAP COUNTY, PAUL LUCAS, MICHAEL MECHAM, ANGELA WOODS, PHIL WILLIAMS, ROBERT ELSEN, MARYELLEN BABBITT, SHEREE JANKOWSKI, DETECTIVE RODNEY HARKER,<br><br>           Defendants. | Case No. C09-5048 RJB<br><br>STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND DEADLINES FOR ALL OTHER EVENTS LISTED IN THE MINUTE ORDER SETTING TRIAL, PRETRIAL DATES AND ORDERING MEDIATION |

## **STIPULATION**

The parties stipulate as follows:

1. The Minute Order Setting Trial, Pretrial Dates and Ordering Mediation sets the trial date in this case for February 22, 2010 and discovery cutoff for October 26, 2009.

2. Due to the schedules of counsel, only a portion of one deposition has been taken to date. The parties anticipate taking several more depositions. Since plaintiff's counsel is in trial the month of September, the parties believe that it will not be possible to complete discovery by October 26, 2009.

Stipulation and Order to Continue Trial Date - 1

ROGER A. LUBOVICH
BREMERTON CITY ATTORNEY
345 6th Street, Suite 600, Bremerton, Washington 98337
Phone: 360-473-2345 Fax: 360-473-5161

3. In addition, counsel for Kitsap County, Ione George, and counsel for City defendants, Mark Koontz, represent parties in *Williams v. Kitsap County*, United States District Court, Western District of Washington, Case No. C08-5430 RBL, which has a trial date of February 22, 2010.

4. The parties believe that in order to complete discovery and avoid trial conflicts, the trial date in this case should be continued to May 2010. The parties are available to begin trial on May 3, 10 or 17, 2010.

DATED this 23rd day of September, 2009.

| | |
|---|---|
| ROGER A. LUBOVICH<br>Bremerton City Attorney | LAW OFFICE OF CLAYTON LONGACRE |
| By: /s/ Mark E. Koontz<br>Mark E. Koontz, WSBA #26212<br>Attorney for City Defendants | By: /s/ Clayton E. Longacre<br>Clayton E. Longacre, WSBA #21821<br>Attorney for Plaintiff |

RUSSELL HAUGE
Kitsap County Prosecuting Attorney

By: /s/ Ione S. George
Ione S. George, WSBA #18236
Attorney for Defendant Kitsap County

## **ORDER**

Based on the above stipulation of the parties, It Is Ordered that the trial date be continued to May 10, 2010 and that all other events listed in the Minute Order Setting Trial, Pretrial Dates and Ordering Mediation be continued to correspond to the new trial date.

ENTERED this 30th day of September, 2009.

_/s/ Robert J. Bryan_
HONORABLE ROBERT J. BRYAN
United States District Court Judge

Stipulation and Order to Continue Trial Date - 2

ROGER A. LUBOVICH
BREMERTON CITY ATTORNEY
345 6th Street, Suite 600, Bremerton, Washington 98337
Phone: 360-473-2345 Fax: 360-473-5161

Presented by:

| | |
|---|---|
| ROGER A. LUBOVICH<br>Bremerton City Attorney | LAW OFFICE OF CLAYTON LONGACRE |
| By: /s/ Mark E. Koontz<br>Mark E. Koontz, WSBA #26212<br>Attorney for City Defendants | By: /s/ Clayton E. Longacre<br>Clayton E. Longacre, WSBA #21821<br>Attorney for Plaintiff |

RUSSELL HAUGE
Kitsap County Prosecuting Attorney

By: /s/ Ione S. George
Ione S. George, WSBA #18236
Attorney for Defendant Kitsap County

Stipulation and Order to Continue Trial Date - 3

ROGER A. LUBOVICH
BREMERTON CITY ATTORNEY
345 6th Street, Suite 600, Bremerton, Washington 98337
Phone: 360-473-2345 Fax: 360-473-5161

# CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2009, I electronically filed the STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND DEADLINES FOR ALL OTHER EVENTS LISTED IN THE MINUTE ORDER SETTING TRIAL, PRETRIAL DATES AND ORDERING MEDIATION with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Clayton E. Longacre, counsel for plaintiff and Ione S. George, counsel for Kitsap County.

Dated this 23rd day of September, 2009.

ROGER A. LUBOVICH
Bremerton City Attorney

By: s/ Mark E. Koontz
Mark E. Koontz, Assistant City Attorney
WSBA# 26212
345 6th Street, Suite 600
Bremerton, WA 98337
(360) 473-2345
Facsimile: (360) 473-5161
Email: mark.koontz@ci.bremerton.wa.us

Stipulation and Order to Continue Trial Date - 4

ROGER A. LUBOVICH
BREMERTON CITY ATTORNEY
345 6th Street, Suite 600, Bremerton, Washington 98337
Phone: 360-473-2345  Fax: 360-473-5161